# BRIAN M. KING LAW OFFICE, PLLC

*1400 Avenue Z, Suite 503*
*Brooklyn, New York 11235*

*Tel: (718) 942 5100*
*Fax: (718) 376 9501*
*briankinglaw@gmail.com*

---

February 3, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    SHAMNARINE BRIGMOHAN v. A. DUIE PYLE, INC. and ALEXANDER COYNE
             Docket No.   1:19-cv-06720 (JMF)

Honorable Judge Furman:

      Our office represents the plaintiff Shamnarine Brigmohan in the above captioned action.

      I have conversed with defense counsel and we are writing this letter motion jointly to Your Honor in order to request an adjournment of the conference scheduled for February 4 at 3:00 p.m. and an extension of time for the completion of discovery. No prior requests for adjournment or for extensions of time have been made. Plaintiff has been hospitalized since October 24, 2019 for various medical conditions unrelated to any injuries claimed in this matter. For a period of several weeks he was in a coma. He remains hospitalized.

      We are respectfully requesting an extension of time to complete fact discovery to March 31, 2020, and for depositions and expert discovery to be completed by May 15, 2020.

                           Respectfully submitted,

                           Brian M. King, Esq.
                           briankinglaw@gmail.com

cc:
SOBEL PEVZNER, LLC
Attn: David Goldman, Esq.
30 Vesey Street, 8th Floor
New York, NY 10007

> The Court is sorry to hear about Plaintiff's medical problems and wishes Plaintiff well. But counsel should have requested an adjournment and extension earlier; future untimely requests will be denied on that basis alone. That said, the pretrial conference currently scheduled for tomorrow is ADJOURNED to **March 31, 2020, at 3:00 p.m**. The parties' shall have until **March 31, 2020**, to complete fact discovery and until **May 15, 2020,** to complete expert discovery. The Clerk of Court is directed to terminate ECF No. 17. SO ORDERED.
>
> *[signature]*
>
> February 3, 2020