

# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**CURTIS SOBEL, ESQ.**
464 New York Avenue, Suite 100
Huntington, NY 11743
Tel (631) 549-4677 – Ext. 209
Fax (631) 549-0826
CSobel@SobelPevzner.com

*New York City Office*
30 Vesey Street, 8th Floor
New York, NY 10007
Tel (212) 216-0020
Fax (646) 688-3646

February 24, 2021

**VIA ECF**

Hon. Mary Kay Vyskocil
U.S. District Court Judge
U.S. District Court, Southern District of N.Y.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **DENIED. SO ORDERED.**
>
> Date: 2/25/2021
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Re:   *Shamnarine Brigmohan v. A. Duie Pyle, Inc. and Alexander Coyne*
      Civil Action No.: 1:19-cv-06720 (JMF)
      File No.: DP-14425

Dear Honorable Vyskocil:

As your Honor is aware, we represent the defendants with respect to the above-referenced matter. This letter is to advise your Honor that the parties have conducted two productive mediation sessions with Mediator, Jess Bunshaft, and the final session has been adjourned to March 29, 2021.

Positive settlement negotiations are continuing, and both parties and the mediator are in agreement that this matter has great potential for settlement at the final session.

In light of the above, the parties hereby respectfully request an extension for the filing of the Joint Pretrial Order and an adjournment of the Pretrial Conference. There has been one prior request for extensions with respect to the Order and Conference by plaintiff's counsel.

Thank you for your consideration and courtesies.

Very truly yours,

SOBEL PEVZNER, LLC

*Curtis Sobel*

CURTIS SOBEL

CS:lml

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2021